Dismissed and Opinion Filed November 13, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-01215-CR

---

### KERI DEANN FLEMING, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 60539**

---

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Myers

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

We **DENY** as moot appellant's October 29, 2012 motion to dismiss the appeal.


PER CURIAM

Do Not Publish
TEX. R. APP. P. 47